UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 12 B 04289 |
| SPARRER SAUSAGE COMPANY | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |
| THE UNSECURED CREDITORS COMMITTEE OF SPARRER SAUSAGE COMPANY, INC., | ) ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 13 A 01195 |
| | ) | |
| JASON'S FOODS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

JUDGMENT ORDER

For the reasons stated in the Memorandum of Decision filed herewith, judgment on the plaintiff's Adversary Complaint is entered in favor of the plaintiff in the amount of $242,595.32.

Dated: August 27, 2014

Eugene R. Wedoff
United States Bankruptcy Judge