# United States Bankruptcy Court

NORTHERN DISTRICT OF ILLINOIS

219 S. Dearborn Street

Chicago, Illinois 60604

**Jeffrey P. Allsteadt**, Bankruptcy Clerk

| | | |
|---|---|---|
| Date | | October 9, 2014 |
| Thomas G. Bruton, Clerk | **Adversary** | 13 A 1195 |
| United States District Court | Case Number | |
| Northern District of Illinois | | |
| 219 S Dearborn Street | Case Name | Unsecured Creditors Committee of Sparrer Sausage C v. Jason's Foods, Inc. |
| Chicago, Illinois 60604 | | |

| | | |
|---|---|---|
| **Notice of Appeal** | Filed | September 9, 2014 |
| | Appellant | Jason's Foods, Inc |
| | District Court Number | 14 cv 7879 |
| | District Court Judge | Guzman |

Dear Sir:

Pursuant to **Bankruptcy Rule 8007** transmitted herewith is the Record on Appeal.  The Record on Appeal consist of:

| | | |
|---|---|---|
| ✓ | Notice of Appeal/Designation and Statement of Issues | ✓ Record of Appeal with Docket Sheet |
| ✓ | Civil Cover Sheet | ☐ Exhibits |
| ✓ | Transmittal Letter | ☐ In Forma Pauperis |
| | | ✓ Transcript(s) |

Additional Items Included

☐

☐ Total Volumes Transmitted

The following items will be transmitted as a supplemental to the Record on Appeal

☐

Previous D C Judge _____     Case Number _____

By Deputy Clerk   _Carel Dell Weston ext. 7485_

Rev 01/2014lh